**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENNETH W. HATLEN,

    Plaintiff,

v.

GREG COX et al.,

    Defendants.

3:14-cv-00318-RCJ-WGC

**ORDER**

**I.  DISCUSSION**

On September 3, 2014, this Court ordered Plaintiff to file an updated address with the Court within 30 days of the date of that order or risk dismissal of the action with prejudice. (ECF No. 8 at 2).  The Court also granted Plaintiff an extension of time to file his amended complaint on or before Monday, December 1, 2014.  (*Id.*).

On September 15, 2014, Plaintiff filed a "response" to the Court's order and argues that his "change of address" cannot be defined or confirmed at this point because he transfers between High Desert State Prison and Ely State Prison every few weeks.  (ECF No. 11 at 1). Plaintiff states that he does not know how to notify the Court of his current address because it will change by the time the Court receives it.  (*Id.*).  Additionally, Plaintiff seeks leave to file a complaint longer than the form complaint.  (*Id.*).

The Court directs Plaintiff to advise the Court of his current address as he transfers between prisons.  The Clerk of the Court shall only send documents to the address on file with the Court.  If Plaintiff fails to keep this Court apprised of his current address, he is choosing to run the risk of missing a court order or deadline.

///

Plaintiff may file an amended complaint that is longer than the form complaint on or before December 1, 2014.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file a change of address notification with this Court as he transfers between prisons.

IT IS FURTHER ORDERED that Plaintiff may file an amended complaint longer than the form complaint on or before December 1, 2014.

DATED: This __16th__ day of September, 2014.

_____
United States Magistrate Judge

2